*2 checks!*
*# 11090469*
*$131.83*
*[illegible]*
*8/25/10*
*and*
*# 11090470*
*$828.80*
*[illegible]*
*8/25/10*

# THOMAS J. GAFFNEY

BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 25, 2010

CLERK, US BANKRUPTCY COURT
Olympic Towers
300 Pearl Street
Buffalo, NY 14202

Re: <u>In re TOPCZIJ, GEORGE and TOPCZIJ, MARY F.</u>
Case No. 05-14991 CLB

Dear Clerk:

Enclosed herein please find Check Nos. 10155 and 10156 in the amount of $828.80 and 131.83 in full and final payment of Claim Nos. 26 and 26I (un-cashed funds) in the above captioned bankruptcy proceeding.

*Bank One/Chase*

Very truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee



FILED
AUG 25 2010
BANKRUPTCY COURT
BUFFALO, NY

Enclosure